1020

George STOESS, Defendant-Appellant, v.
UNITED STATES of America, Plain-
tiff-Appellee.

No. 4402.

Circuit Court of Appeals, Third Circuit.

Jan. 17, 1931.

William I. Garrison and Thomas D. Taggart, Jr., both of Atlantic City, N. J., for appellant.

Phillip Forman, U. S. Atty., and Douglas M. Hicks, Asst. U. S. Atty., both of Trenton, N. J.

Before BUFFINGTON and WOOLLEY, Circuit Judges.

BUFFINGTON, Circuit Judge.

In the court below George Stoess was convicted and sentenced on an indictment charging him and others with violating the Federal Narcotic law (38 Stat. 785, as amended, 26 USCA §§ 211, 691, et seq.). Thereupon he took this appeal. Serious questions arise as to whether his appeal is properly before us, but, assuming for present purposes it is, the case narrows down to whether the proofs warranted conviction. After a study by the Judges individually of all the evidence and discussion thereof in conference, we feel the proofs warranted Stoess' conviction.

The judgment below is therefore affirmed.

TODD DRYDOCK, ENGINEERING & RE-
PAIR CORPORATION, Plaintiff-Appellee, v.
MERRITT–CHAPMAN & SCOTT CORPO-
RATION, Defendant-Appellant.

No. 199.

Circuit Court of Appeals, Second Circuit.

Feb. 16, 1931.

Haight, Smith, Griffin & Deming, of New York City (Edgar R. Kraetzer and Gray Williams, both of New York City, of counsel), for appellant.

Crowell & Rouse, of New York City (E. Curtis Rouse, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

In the Matter of TOKIKO IKEMOTO, on Habeas Corpus.

Walter E. CARR, Director of Immigration, Appellant, v. TOKIKO IKEMOTO, Appellee.

No. 6130.

Circuit Court of Appeals, Ninth Circuit.

Jan. 26, 1931.

Samuel W. McNabb, U. S. Atty., and William R. Gallagher, Asst. U. S. Atty., both of Los Angeles, Cal. (Harry B. Blee, U. S. Immigration Service, of Los Angeles, Cal., of counsel), for appellant.

J. Edward Keating and Theodore E. Bowen, both of Los Angeles, Cal., for appellee.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

This case upon the facts is similar to that of Ex parte Haruye Suzuki, 36 F.(2d) 424, in which case upon appeal to this court, No. 6119, the order was affirmed.

Order affirmed.